UNITED STATES DISTRICT COURT

                     MIDDLE DISTRICT OF LOUISIANA


PASI OF LA, INC.
                                           CIVIL ACTION
VERSUS
                                           NO. 15-655-SDD-SCR
HARRY PEPPER & ASSOCIATES, INC.,
ET AL


### RULING ON MOTIONS FOR EXTENSION OF TIME

Before the court is the Ex parte Motion for Extension of Time filed by defendant Jacobs Technology, Inc. Record document number 15. Also before the court is the Motion for Reconsideration on Harry Pepper's Motion for Extension of Time to Answer or Otherwise Respond to Complaint filed by defendant Harry Pepper & Associates, Inc. Record document number 16. Based on PASI of LA, Inc.'s Opposition to Harry Pepper & Associates, Inc.'s Motion for Extension of Time to Answer Complaint,[1] the court assumes that the motions now before the court are also opposed.

Upon further consideration, the court finds that both defendant have shown good cause to grant them an extension of time until November 16, 2015 - six weeks after the date of service - to respond to the Complaint.[2] Furthermore, this extension of time is

---

[1] Record document number 13.

[2] While defendant Harry Pepper & Associates was served pursuant to a state law method of service, the time for serving a responsive pleading is determined by the Federal Rules of Civil Procedure, specifically Rule 12(a).  Rule 12(a) provides that
(continued...)

not likely to prejudice the plaintiff's ability to prosecute its claims because defendant United States National Aeronautics and Space Administration is not likely to file a responsive pleading before that date, as it has until December 7, 2015 to do so.

Accordingly, the Ex parte Motion for Extension of Time filed by defendant Jacobs Technology, Inc., and the Motion for Reconsideration on Harry Pepper's Motion for Extension of Time to Answer or Otherwise Respond to Complaint filed by defendant Harry Pepper & Associates, Inc., are both granted.  Both defendant are granted an extension of time until November 16, 2015 to file their response to the Complaint.

Baton Rouge, Louisiana, October 27, 2015.

  <em>Stephen C. Riedlinger</em><br>
  STEPHEN C. RIEDLINGER<br>
  UNITED STATES MAGISTRATE JUDGE

---

[2](...continued)
"[u]nless another time is specified by this rule or a **federal** statute, the time for serving a responsive pleading is as follows:" (Emphasis added).